UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL ANTHONY SPRINGER, | ) | CIVIL NO. 4:19-CV-1080-WIA |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| ANDREW SAUL, | ) | |
| Defendant | ) | |

## ORDER

In accordance with the accompanying Memorandum Opinion, Plaintiff's request for the award of benefits is DENIED as follows:

(1) The final decision of the Commissioner is AFFIRMED.

(2) Final judgment is issued in favor of Andrew Saul, Commissioner of Social Security.

(3) The Clerk of Court is directed to CLOSE this case.

Date: July 13, 2020                                BY THE COURT

                                                   *s/William I. Arbuckle*
                                                   William I. Arbuckle
                                                   U.S. Magistrate Judge